NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVENTIS PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

AND

**AMR TECHNOLOGY, INC.
(NOW KNOWN AS ALBANY MOLECULAR
RESEARCH, INC.),**
*Plaintiff-Appellant,*

v.

**DR. REDDY'S LABORATORIES, LTD. AND
DR. REDDY'S LABORATORIES, INC.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - -

**AVENTIS PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

AND

**AMR TECHNOLOGY, INC.
(NOW KNOWN AS ALBANY MOLECULAR
RESEARCH, INC.),**
*Plaintiff-Appellant,*

v.

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellee,*

AND

**AMINO CHEMICALS LTD.,**
**DIPHARMA FRANCIS, SR.L.,**
AND **DIPHARMA SPA,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - -

**AVENTIS PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

AND

**AMR TECHNOLOGY, INC.**
**(NOW KNOWN AS ALBANY MOLECULAR**
**RESEARCH, INC.),**
*Plaintiff-Appellant,*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee,*

AND

**AMINO CHEMICALS LTD.,**
**DIPHARMA FRANCIS, SR.L.,**
AND **DIPHARMA SPA,**
*Defendants-Appellees.*

·

---

2011-1334, -1335, -1336

---

Appeals from the United States District Court for the District of New Jersey in case nos. 04-CV-1075, 04-CV-1077, and 04-CV-1078, Chief Judge Garrett E. Brown, Jr..

---

**ON MOTION**

---

## ORDER

The appellants move without opposition to consolidate these cases.  The appellants also move for an extension of time, until July 5, 2011, to file their briefs and an extension of time, until August 29, 2011, for the appellees to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT

**JUN 2 4 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Andrew P. Zappia, Esq.
     Paul H. Berghoff, Esq.
     Anthony W. Shaw, Esq.
     Michael E. Patunas, Esq.
     Martin B. Pavane, Esq.
     E. Anthony Figg, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 2 4 2011**

**JAN HORBALY**
**CLERK**